

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. **1:25-cr-00682**<br>**Judge Andrea R. Wood**<br>**Magistrate Judge M. David Weisman**<br>**RANDOM/Cat. 5** |
| v. | ) |
| | ) Violation: Title 18, United States |
| | ) Code, Section 2244(b) |
| JOSIP PASIC | ) |

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about August 17, 2024, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOSIP PASIC,

defendant herein, while on an aircraft in the special aircraft jurisdiction of the United States, did knowingly engage in sexual contact with Victim A without Victim A's permission, that is, intentionally touching Victim A's genitalia, groin, and inner thigh with an intent to arouse and gratify the sexual desire of any person;

In violation of Title 18, United States Code, Section 2244(b).

A TRUE BILL:

_____

FOREPERSON

_____
Andrew C. Erskine on behalf of the
UNITED STATES ATTORNEY